Edward T. Hottman
Hottman & Associates
7113 W. 135th Street, Suite 423
Overland Park, KS 66223
Telephone: (913) 262-4444
Email: todd@hottmanlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-1469 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Michelle R. Sullivan, individually and on behalf of the heirs at law of Randy Sullivan, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Monsanto Company, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

fees and costs.

DATED: 11/16, 2010    By: _____

**HOTTMAN & ASSOCIATES**
7113 W. 135th Street, Suite 423
Overland Park, KS 66223
Telephone: (913) 262-4444

*Attorneys for Plaintiff*

DATED: Dec. 2, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated Dec. 10, 2010    _____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE